

**COURT OF APPEALS, FIRST DISTRICT**
301 Fannin Street
Houston, Texas 77002-2066

07 APR '15

RE: Case No. 01-15-00209-CV

Style: Doctors Practice Management, Inc.
v. Medical Mutimedia Advertising, Inc.



U.S. POSTAGE >> PITNEY BOWES

April 7, 2015

ZIP 77002 $ 000.34⁰
02 1W
0001372104 APR 07 2015

On April 07, 2015, the Court today **GRANTED** court reporter's(s) request for extension of time to file the reporter's record in the referenced cause to and including May 07, 2015.

T. C. Case # 2013-36797

Christopher A. Prine, Clerk of the Court

Trey Bergman
3605 Katy Freeway
Houston, TX 77007

IA

*added Suite # 221*

NIXIE        773    SE  1009        0004/15/

**RETURN TO SENDER**
**INSUFFICIENT ADDRESS**
**UNABLE TO FORWARD**

BC: 77002206699      *2533-10243-07